# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00177-02** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **KENDRELL JONES (02)** | **MAGISTRATE JUDGE DAVID J. AYO** |

## MINUTES OF COURT:
## CHANGE OF PLEA

| | | | |
|---|---|---|---|
| Date: | March 3, 2023 | Presiding: Judge David C. Joseph | |
| Court Opened: | 2:30 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 3:00 PM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 30 Minutes | Courtroom: | Courtroom 1 |
| | | Probation Officer: | Justin Opdenhoff |

## APPEARANCES

| | | |
|---|---|---|
| Daniel J Vermaelen (AUSA) | For | United States of America |
| Frank Granger (CJA) | For | Kendrell Jones (02), Defendant |
| Kendrell Jones (02) | | Defendant (Released) |

## PROCEEDINGS

Case called for Change of Plea on Bill of Information.
Defendant sworn and under oath.
Defendant **WAIVED** reading of the Bill of Information.
Defendant advised of charges, maximum penalties, and rights.
Defendant advised of his right to trial.
Defendant acknowledged understanding of the charges, maximum penalties, and rights.
Defendant is advised of Rule 11 Rights.
Defendant entered a **GUILTY** plea to Count 1 of the Bill of Information.
Plea of Guilty **ACCEPTED**.

**FILINGS:**
Waiver of Indictment
Plea Agreement
Understanding of Maximum Penalty and Constitutional Rights
Elements of the Offense
Stipulation in Support of Guilty Plea
Copy of Bill of Information

Minutes of Change of Plea
March 3, 2023
Page 2

**COMMENTS:**

**IT IS ORDERED** that a Presentence Investigation Report be prepared.

**IT IS ORDERED** that Defendant pay a $100 Special Assessment.

Defendant is continued released pending **SENTENCING set for June 21, 2023, at 10:00 AM before Judge David C. Joseph in Lafayette, LA.**